IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH R. CHAVEZ,

    Plaintiff,

v.                                                                                                No. 1:20-cv-470 RB/KRS

NEW MEXICO DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

## ORDER TO NOTIFY THE COURT

THIS MATTER is before the Court upon review of the record. On March 16, 2022, the Court held a Rule 16 Scheduling Conference at which counsel for both parties appeared. The Court set a telephonic status conference for August 16, 2022, and a settlement conference for September 13, 2022. (Doc. 37). Since then, Defendants filed a Motion for Summary Judgment based on exhaustion of administrative remedies, (Doc. 43), and Plaintiff is now proceeding pro se. Also pending is a Motion to Dismiss filed by certain Defendants. (Doc. 20). In light of the pending dispositive motions, the parties shall notify the Court as to whether they wish to proceed with the settlement conference or if they prefer to reset it after the dispositive motions have been ruled on.

IT IS THEREFORE ORDERED that the parties shall notify the Court in writing **by July 15, 2022** as to whether they wish to proceed with the September 13, 2022 settlement conference.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE