IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH R. CHAVEZ,

    Plaintiff,

v.                                                             No. 1:20-cv-470 RB/KRS

NEW MEXICO DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER is before the Court upon review of the record. On March 16, 2022, after conducting a Rule 16 Scheduling Conference, the Court set a settlement conference for September 13, 2022. (Doc. 37). Since then, Defendants filed a Motion for Summary Judgment based on exhaustion of administrative remedies, (Doc. 43), and Plaintiff's counsel withdrew, so Plaintiff is now proceeding pro se. On June 23, 2022 the Court ordered the parties to notify the Court if they wish to proceed with the settlement conference or if they prefer to postpone it until the dispositive motions have been ruled on. (Doc. 49). Plaintiff responded that he wishes to proceed with the settlement conference, (Doc. 52), and counsel for Defendants requested to postpone the settlement conference until after the dispositive motions are ruled on.

Because it would not be fruitful at this time to conduct a settlement conference, the Court hereby VACATES the September 13, 2022 settlement conference and all associated deadlines, including the August 16, 2022 status conference.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE